IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GUADALUPE ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 6:15-cv-03261-MDH |
| | ) | |
| JAI AMBE, INC. and | ) | |
| SHRI DWARKESH INVESTMENTS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with Plaintiff's Amended Complaint (Doc. 3) and Notice of Voluntary Dismissal (Doc. 4), Plaintiff's claims against Defendant Jai Ambe, Inc. are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant Shri Dwarkesh Investments, LLC remains as the sole defendant in this action.

**IT IS SO ORDERED**.

Date: July 7, 2015

 /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**