UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GUADALUPE ADAMS, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 6:15-cv-3261 |
| SHRI DWARKESH INVESTMENTS LLC A Domestic Limited Liability Company Defendant. | : |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the parties to this action have reached an agreement regarding all disputed issues in this case. The parties are in the process of finalizing their settlement and anticipate filing a joint stipulation for dismissal within thirty (30) days.

Plaintiff requests that the Court adjourn all upcoming deadlines while the parties finalize this settlement.

Dated: November 6, 2015

/s/ Pete M. Monismith
Pete M. Monismith
Kansas Bar #26379
3945 Forbes Ave., #175
Pittsburgh, PA 15213
ph. (724) 610-1881
Pete@monismithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties of record this 6th day of November 2015.

By: /s/ Pete M. Monismith
Pete M. Monismith, Esq.
3945 Forbes Ave., #175
Pittsburgh, PA 15213
Ph: 724-610-1881
Fax: 412-258-1309
Pete@monismithlaw.com